IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD,<br><br>Plaintiff,<br><br>v.<br><br>Y. ANAYA, et al.,<br><br>Defendants. | No. 2:19-CV-0497-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 30, requesting a trial date be set. Plaintiff's motion is denied. Currently, the courthouses in the Eastern District of California are closed to the public due to the ongoing pandemic. Once the pandemic restrictions are lifted, the Court will set further dates, including a trial date.

IT IS SO ORDERED.

Dated: April 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1