1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TERRELL CORDARRYL STANFORD,          No.  2:19-CV-0497-KJM-DMC-P

12              Plaintiff,

13         v.                              ORDER

14    Y. ANAYA, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18    42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge as provided by

19    Eastern District of California local rules.

20          On August 3, 2022, the Magistrate Judge filed findings and recommendations,

21    which were served on the parties and which contained notice that the parties may file objections

22    within the time specified therein.  No objections to the findings and recommendations have been

23    filed.

24          The court presumes that any findings of fact are correct.  *See Orand v. United*

25    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26    reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations

27    of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

28    /////

1

1   court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2   supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1. The findings and recommendations filed August 3, 2022, are adopted in full;

5            2. Defendants' motion for summary judgment, ECF No. 42, is granted; and

6            3. The Clerk of the Court is directed to enter judgment and close this file.

7   DATED:  January 17, 2023.

8

9            _____

10                     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28